**Order filed March 3, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00070-CV

_____

## IN RE TEAKWOOD OPERATING, LLC

**Original Mandamus Proceeding**

### O R D E R

Relator, Teakwood Operating, LLC, has filed in this court an emergency motion for temporary relief in conjunction with an original mandamus proceeding. These matters relate to a February 10, 2020 order in Cause No. CV56162 in the 441st District Court of Midland County in which the Honorable Jeffrey Todd Robnett granted Guggenheim Partners Investment Management, LLC; Guggenheim Corporate Funding, LLC; and Guggenheim Credit Services, LLC's motion to disqualify Leah Rudnicki and the Rudnicki Firm as counsel for Teakwood. The court reporter, as of this date, has been unable to complete the reporter's record of the February 7, 2020 hearing on the motion to disqualify. The court reporter has advised this court that March 9, 2020, is the estimated date of completion of the record.

Pursuant to Rule 52.10(b) of the Texas Rules of Appellate Procedure, this court hereby orders that all trial proceedings, including the hearings set for March 6, 2020, and the responses to discovery due on March 18, 2020, are temporarily stayed pending further order of this court or final disposition of this mandamus proceeding. Further, this court orders Teakwood Operating, LLC to provide a written update to the court by March 13, 2020, as to the status of the preparation of the reporter's record of the February 7, 2020 hearing on the motion to disqualify.

PER CURIAM

March 3, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.